# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br><br>   Plaintiff(s),<br><br> v.<br><br>INLAND MECHANICAL SERVICES, INC., et al.<br><br>   Defendant(s). | CASE NO.<br>5:23−cv−01390−DSF−SHK<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

 Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 2/22/2024. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

 IT IS SO ORDERED.

Date: January 22, 2024       /s/ *Dale S. Fischer*
                   Dale S. Fischer
                   United States District Judge