JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICA INSURANCE CO.,<br>    Plaintiff,<br><br>        v.<br><br>INLAND MECHANICAL SERVICES, INC., et al.,<br>    Defendants. | 5:23-cv-01390-DSF-SHKx<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Great America Insurance Company and against Defendants Inland Mechanical Services, Inc., Leonel Trujillo, Diana Trujillo, Francisco Silva, and Virginia Silva, jointly and severally, in the amount of $771,474.93, consisting of $697,889.84 in damages, $53,961.34 in prejudgment interest, $17,557.80 in attorney's fees, and $2,065.95 in costs.

Date: August 8, 2024

_____
Dale S. Fischer
United States District Judge